THE STATE, for the use of JOHN M. KILLEN and wife *vs.* PETER L. COOPER, Executor of GEORGE CARTER, deceased.

Infancy must be specially replied to a plea of the statute of limitations.

DEBT on an administration bond. Narr suggesting breaches. Plea's—payment, non est factum, plene administravit and act of limitations.

To repel the plea of the statute of limitations the plff. was about to prove the infancy of Mrs. Killen; but it was objected to, and

The *court* stopt him. There is no replication of infancy to the plea of the statute, and unless infancy be specially replied it cannot be relied on or proved at the trial.

The plff. suffered a nonsuit.

*Frame* for plaintiff.
*Bates* and *Huffington* for defendant.